# In the United States Court of Federal Claims

No. 08-367 C
(Filed August 1, 2008)

******************************
NICOLE S. BORNSTEIN, *
DEBORAH Y. BUTCHER, and *
THERESA GARNETT, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

Counsel for the parties in the instant case are identical to those in three related cases–Hamilton v. United States, No. 06-680C, Stocum v. United States, No. 07-03C, and Laferriere v. United States, No. 08-218C–currently pending before the undersigned. On July 31, 2008, the court held a preliminary scheduling conference with the parties in Laferriere. At the request of counsel for both parties, the court stayed proceedings in Laferriere pending the outcomes of Hamilton and Stocum.

Plaintiffs in the instant case filed their complaint on May 21, 2008. Defendant did not file an answer, which was due July 21, 2008, or otherwise respond to the complaint. Because the instant case is indirectly related to Laferriere, Hamilton, and Stocum, the court seeks input from the parties as to whether these proceedings, like Laferriere, should be stayed pending the outcomes of Hamilton and Stocum. **Accordingly, the parties shall file, by no later than Friday, August 8, 2008, a joint status report indicating how they wish to proceed in the instant case.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge