# In the United States Court of Federal Claims

No. 08-367 C
(Filed August 4, 2008)

******************************
NICOLE S. BORNSTEIN, *
DEBORAH Y. BUTCHER, and *
THERESA GARNETT, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On August 1, 2008, defendant filed a Motion for Leave to File Answer Out of Time. In its motion, defendant indicates that due to an oversight, the July 21, 2008 deadline for filing an answer was incorrectly recorded on its counsel's calendar. Defendant notes that because the allegations contained in plaintiffs' complaint are substantially the same as those contained in numerous other complaints filed by plaintiffs' counsel, defendant's response is substantially the same as its response in those cases as well. Therefore, according to defendant, granting leave to file its answer will not cause any prejudice. The court finds that a response from plaintiffs is not necessary.

The court **GRANTS** defendant's motion. **Accordingly, defendant shall file its answer by no later than Friday, August 8, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge