# In the United States Court of Federal Claims

No. 08-367 C
(Filed August 11, 2008)

******************************
NICOLE S. BORNSTEIN, *
DEBORAH Y. BUTCHER, and *
THERESA GARNETT, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

## ORDER

On August 8, 2008, the parties filed a joint status report in which they indicate that this case should be stayed pending the outcomes of two related cases, Hamilton v. United States, No. 06-680C, and Stocum v. United States, No. 07-03C. Counsel for the parties in the instant case are identical to those in Hamilton and Stocum.

Based upon the parties' request, the court hereby **STAYS** these proceedings until the court adjudicates the pending dispositive motions in Hamilton and Stocum.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge